

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ELWIN L. HINES, )
)
    Plaintiff, )
v. ) Civil Action No. 3:14CV301–HEH
)
ROBERT WILEY, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
(Dismissing Civil Rights Action Without Prejudice)

By Memorandum Order entered on May 21, 2014, the Court conditionally docketed Plaintiff's action. The Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Plaintiff that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the order of this Court. Plaintiff failed to return the consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                  /s/
                              HENRY E. HUDSON
Date: July 18 2014      UNITED STATES DISTRICT JUDGE
Richmond, Virginia